```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  DELBERT VATH III,                )   NO. ED CV 08-1814-E
                                     )
12            Plaintiff,             )
                                     )
13       v.                          )   JUDGMENT
                                     )
14  MICHAEL J. ASTRUE, COMMISSIONER  )
    OF SOCIAL SECURITY ADMINISTRATION,)
15                                   )
              Defendant.             )
16  _____)
17
18       IT IS HEREBY ADJUDGED that the decision of the Commissioner
19  of the Social Security Administration is reversed in part and the matter
20  is remanded for further administrative action consistent with the
21  Memorandum Opinion and Order of Remand filed concurrently herewith.
22
23            DATED:  May 6, 2009.
24
25
                              _____/S/_____
26                                   CHARLES F. EICK
                              UNITED STATES MAGISTRATE JUDGE
27
28
```