1  LAW OFFICES OF BILL LATOUR
2  Bill LaTour [CSBN: 169758]
            11332 Mountain View Ave., Suite C
3       Loma Linda, California 92354
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                  UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  DELBERT VATH, III,                    )    No.  EDCV 08-1814 E
11                                         )
12       Plaintiff,                        )    [PROPOSED] ORDER AWARDING
                                           )    EAJA FEES
13       v.                                )
14                                         )
    MICHAEL J. ASTRUE,                     )
15  Commissioner Of Social Security,       )
16                                         )
         Defendant.                        )
17  _____  )

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19       IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be

20  awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount

21  of TWO THOUSAND DOLLARS and 00/cents ($2,000.00)as authorized by 28 U.S.C.

22
23  §2412(d), subject to the terms of the above-referenced Stipulation.·

         DATED:  5/22/09  _____
24
25                         HON. CHARLES F. EICK
                           UNITED STATES MAGISTRATE JUDGE
26
27
28

                                    -1-